# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RENAE HEUGATTAR, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **4:25-cv-05683** |
| | § | |
| BANK OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |
| Judge Bray | § | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, through counsel, respectfully responds to the Court's Order to Show Cause regarding the failure to appear at the scheduled conference on February 19, 2026.

Plaintiff's failure to appear was not intentional. The absence resulted from a scheduling error and unfamiliarity with federal court calendaring procedures. The conference was mistakenly calendared incorrectly, and the significance of the setting was not fully appreciated.

Plaintiff apologizes to the Court for the failure to appear and acknowledges the importance of strict compliance with all court deadlines and appearances. Plaintiff and counsel have implemented corrective calendaring procedures to prevent any recurrence.

Plaintiff remains committed to diligently prosecuting this case and respectfully requests that the Court discharge the Order to Show Cause and allow this matter to proceed.

Respectfully submitted,

**/s/ Felix T. Readus**
Felix T. Readus
Attorney for Plaintiff
Federal Bar No. 2799835
Texas Bar No. 24064163
No. 217 Gulfton St.
Houston, Texas 77081
713-591-5032