**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **RENAE HEUGATTER,** | § | |
| **Plaintiff** | §<br>§<br>§ | |
| **v.** | §<br>§ | CASE NO. 4:25-cv-05683 |
| **BANK OF AMERICA, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC; TTCU<br>FEDERAL CREDIT UNION,** | §<br>§<br>§<br>§<br>§<br>§ | |
| **Defendants.** | §<br>§<br>§<br>§ | |

## NOTICE OF UNOPPOSED MOTION

Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC (together, the "CRA Defendants") respectfully file this Notice to inform the Court that their Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) and Brief in Support Thereof (ECF No. 46) (the "Motion"), filed on April 17, 2026, remains unopposed.

At the pre-motion conference held on April 6, 2026, the Court set the following briefing schedule: Plaintiff could amend her complaint on or before April 9, 2026; any motion to dismiss or motion for judgment on the pleadings was to be filed on or before April 17, 2026; Plaintiff's response to any such motions was due on or before May 8, 2026; and Defendants' reply briefs were due on or before May 15, 2026. *See* Minute Entry dated April 6, 2026 (ECF No. 44).

Plaintiff did not file a response by the May 8, 2026 deadline. Although Plaintiff filed a "Notice of Intent to Amend Complaint" on May 1, 2026, that filing does not constitute a timely opposition to the Motion; it merely expressed Plaintiff's intent to seek leave to amend and did not respond to the substance of the Motion (ECF No. 47).

Pursuant to the Southern District of Texas Local Rule 7.4, "[f]ailure to respond to a motion will be taken as a representation of no opposition." Accordingly, the CRA Defendants respectfully request that the Court treat the Motion as unopposed and rule on it at the Court's earliest convenience.

Respectfully submitted,

Dated: May 29, 2026

*/s/ Lauren Bustamante*
Lauren Bustamante (Bar No. 24148852)
JONES DAY
717 Texas, Suite #3300
Houston, TX 77002
Telephone: +1.832.239.3814
Facsimile: +1.832.239.3600
*Attorney for Defendant Experian*
*Information Solutions, Inc.*


*/s/ Michael Winkeler*
Michael Winkeler
Texas Bar No. 24150528
Southern Texas Bar No. 3958560
Michael.Winkeler@qslwm.com
Quilling Selander Lownds
Winslett & Moser, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5453
Fax: (214) 871-2111
*Counsel for Trans Union LLC*

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 24103791
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730
*Counsel for Defendant*
*Equifax Information Services, LLC*

# CERTIFICATE OF SERVICE

I certify that on May 29, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court via CM/ECF, which sent electronic notice of the same to all parties of record.

*/s/ Lauren Bustamante*
Lauren Bustamante