United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

RENAE HEUGATTER,                                §
                                                §
            Plaintiff,                           §
                                                §
V.                                              §
                                                §
BANK OF AMERICA, N.A., TTCU                     §        Civil Action No. 4:25-CV-05683
FEDERAL CREDIT UNION, EQUIFAX                   §
INFORMATION SERVICES LLC,                       §
EXPERIAN INFORMATION SOLUTIONS                  §
INC, and TRANS UNION, LLC,                      §
                                                §
            Defendants.                         §

**ORDER ON DEFENDANT TRAN SUNION LLC'S
MOTION TO SUBSTITUTE COUNSEL**

On this day came to be considered Defendant Trans Union LLC's Motion to Substitute

Michael Winkeler for Vrinda Sharma.  The Court is of the opinion that it should be GRANTED.

It is accordingly,

ORDERED that Michael Winkeler of Quilling, Selander, Lownds, Winslett & Moser,

P.C., be hereby substituted as counsel of record for Defendant Trans Union LLC, in the place

and stead of Vrinda Sharma.

DATED this _1st_ day of _____June_____ 2026.


_____
**HONORABLE GEORGE C HANKS, JR**
UNITED STATES DISTRICT JUDGE