**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION)**

| | | |
|---|---|---|
| **RENAE HEUGATTER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. **4:25-cv-05683** |
| | ) | |
| v. | ) | |
| | ) | |
| **BANK OF AMERICA, N.A., et al.** | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO NOTICE ECF 53

Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC filed a Joint Notice of Unopposed Motion for Judgment on the Pleadings on May 29, 2026 (ECF No. 53). As noted in Plaintiff's Notice to Amend Complaint, the Plaintiff will address and/or oppose the Defendants' Motion by way of filing a Motion for Leave to Amend the Complaint. *Sekil v. ADT Sec. Servs., Inc.*, 2008 WL 4844209, *3 (S.D. Tex. Nov. 3, 2008) ("Parties often respond to motions for judgment on the pleadings, as Sekil has done, by amending their pleadings to amplify a previously alleged claim.") (citation omitted). Plaintiff will file her Amended Complaint by Friday, June 5, 2026.

Dated:  June 3, 2026                    Respectfully submitted:


/s/ Felix Terrence Readus
Felix Terrance Readus
Readus Law
Texas Bar No. 24064163
S.D. Tex. Bar No. 2799835
6335 Gulfton Street
Houston, TX 77081
(713)591-5032
principal@readus.com
ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, I caused to be served a copy of **Plaintiff's Response to Notice ECF 53** and all attachments thereto to be electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Felix T. Readus
Felix Readus