United States District Court
Southern District of Texas
**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Renae Heugatter | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−05683 |
| | § | |
| | § | |
| Bank of America, N.A., et al. | § | |
| | § | |

## ORDER STRIKING PLEADING

Pending before the Court is Motion for Leave to File Document − #56 filed by Renae Heugatter. The instrument is deficient for the following reason(s):

☐ The motion does not comply with the Courts Procedures section 6(E), regarding discovery and scheduling disputes.

☒ The motion does not comply with the Courts Procedures section 6(B), regarding pre-motion conferences required for particular motions.

☒ The motion does not comply with the Courts Procedures section 6(C)(2), which requires a certificate of conference for all motions.

☒ The motion does not comply with the Courts Procedures section 6(C)(3), which requires a separate proposed order for all motions except those filed under Federal Rule of Civil Procedure 56.

The Clerk is hereby **ORDERED** to strike the above instrument(s) from the record and notify counsel of such action.

Signed on June 9, 2026, at Houston, Texas.

George C. Hanks, Jr.
United States District Judge