**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RENAE HEUGATTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| BANK OF AMERICA, N.A., TTCU | § | Civil Action No. 4:25-CV-05683 |
| FEDERAL CREDIT UNION, EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| EXPERIAN INFORMATION SOLUTIONS | § | |
| INC, and TRANS UNION, LLC, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO**
**STAY ACTION PENDING RULING ON**
**JOINT MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Trans Union LLC ("Trans Union"), Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian") (collectively, "the CRA Defendants"), Bank of America N.A., and Plaintiff Renae Heugatter, through the undersigned counsel, hereby file their Joint Motion to Stay Action Pending Ruling on Motion for Judgment on the Pleadings ("Motion"), and would respectfully show the Court as follows:

## I.      INTRODUCTION

Plaintiff Renae Heugatter ("Plaintiff") filed her Complaint in this Court on November 25, 2025. ECF No. 1. Plaintiff alleges violations of 15 U.S.C §§ 1681e(b), 1681g, 1681i, and 1681s-2 under the Fair Credit Reporting Act ("FCRA"). *Id*. On April 17,  2026, CRA Defendants filed their Motion for Judgment on the Pleadings and Memorandum in Support. ECF No. 46.

## II.      LEGAL STANDARD

It is well-settled that courts have the authority to stay proceedings to manage their docket based on the particular facts of a case. *Wolf Designs, Inc. v. Donald McEvoy Ltd., Inc.*, 355 F. Supp. 2d 848, 852–53 (N.D. Tex. 2005). "[T]he power to stay proceedings is incidental to the

1

power inherent in every court to control the disposition of the causes on its dockets with economy of time and effort for itself, for counsel, and for litigants." *Id.* (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Courts across the Fifth Circuit have frequently issued stays in cases where dispositive motions are pending. *See, e.g., Conquest v. Camber Corp.*, No. 5:13-cv-1108-DAE, 2014 WL 172500, at *2 (W.D. Tex. Jan. 13, 2014); *Von Drake v. Nat'l Broad. Co., Inc.*, No. 3-04-CV0652-R, 2004 WL 1144142, at *1 (N.D. Tex. May 20, 2004) (staying discovery "may be appropriate where the disposition of a motion to dismiss 'might preclude the need for discovery altogether thus saving time and expense'") (quoting *Landry v. Air Line Pilots Ass'n Int'l AFL-CIO*, 901 F.2d 404, 436 (5th Cir. 1990)).

### III.    ARGUMENT AND AUTHORITIES

### A.    NO ADDITIONAL DISCOVERY IS NEEDED

The Court should stay this case pending resolution of CRA Defendants' Motion for Judgment on the Pleadings because the dispositive motion does not necessitate additional discovery, and the parties should not be required to expend further time, energy, and resources propounding and responding to additional discovery requests and conducting depositions regarding claims that are unlikely to survive dismissal.

### IV.    CONCLUSION

Therefore, the parties respectfully request the Court stay this case, in its entirety, pending ruling on Defendant Trans Union's Motion for Judgment on the Pleadings.

Respectfully submitted,

*/s/ Michael Winkeler*

Michael Winkeler
Attorney-in-Charge
Texas Bar No. 24150528
Southern Texas Bar No. 3958560
Michael.Winkeler@qslwm.com

2

10116832.2

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5453
Fax: (214) 871-2111
**Counsel for Trans Union LLC**


/s/ Jennifer R. Brooks

Jennifer R. Brooks
Seyfarth Shaw LLP
2323 Ross Avenue
Suite 1660
Dallas, TX 75201
469-608-6730
Email: jrbrooks@seyfarth.com
**Counsel for Equifax Information Services LLC**


/s/ Lauren Taylor Bustamante

Lauren Taylor Bustamante
Jones Day
717 Texas Ave.
Suite 3300
Houston, TX 77002
832-239-3814
Email: lbustamante@jonesday.com
**Counsel for Experian Information Solutions, Inc.**

/s/ Felix Terrence Readus

Felix Terrence Readus
Felix T. Readus
6335 Gulfton St.
Ste No. 217
Houston, TX 77081
713-591-5032
Email: Principal@readuslaw.com
**Counsel for Plaintiff**

/s/ Kyle Barret Brantley

Kyle Barrett Brantley
Email: kbrantley@mcguirewoods.com
Matthew David Durham
Email: mdurham@mcguirewoods.com
McGuireWoods LLP
2601 Olive St.
Suite 2100

3

Dallas, TX 75201
214-932-6432
***Counsel for Defendant Bank of America, N.A.***

10116832.2

4

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to LR7.1D, the undersigned attorney hereby certifies that on June 3, 2026, he conferred with Plaintiff's counsel, via e-mail, regarding the relief requested in this Motion.

*/s/ Michael Winkeler*
**MICHAEL WINKELER**

10116832.2

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Felix Terrence Readus
Felix T. Readus
6335 Gulfton St.
Ste No. 217
Houston, TX 77081
713-591-5032
Email: Principal@readuslaw.com
*Counsel for Plaintiff*

Jennifer R. Brooks
Seyfarth Shaw LLP
2323 Ross Avenue
Suite 1660
Dallas, TX 75201
469-608-6730
Email: jrbrooks@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

Kyle Barrett Brantley
Email: kbrantley@mcguirewoods.com
Matthew David Durham
Email: mdurham@mcguirewoods.com
McGuireWoods LLP
2601 Olive St.
Suite 2100
Dallas, TX 75201
214-932-6432
*Counsel for Defendant Bank of America, N.A.*

Lauren Taylor Bustamante
Jones Day
717 Texas Ave.
Suite 3300
Houston, TX 77002
832-239-3814
Email: lbustamante@jonesday.com
*Counsel for Defendant Experian Information Solutions Inc*

*/s/ Michael Winkeler*

**MICHAEL WINKELER**

6

10116832.2