**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Renae Heugatter, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:25-cv-05683 |
| Bank of America, N.A., et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Lauren Bustamante as counsel for Experian in this action and in support states as follows:

1. On January 6, 2026, Lauren Bustamante of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 29, 2026, John Paul Loscheider, of the law firm Goodwin Procter LLP entered an appearance in this matter.  His contact information is as follows:  John Paul Loscheider, Goodwin Procter LLP; 1900 N Street, NW, Washington, DC 20036; Phone: 202-346-4000; Email: jloscheider@goodwinlaw.com.

3. Goodwin Procter LLP will represent Experian in this matter going forward.  Accordingly, the withdrawal of Lauren Bustamante will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request.

Experian respectfully requests that the Court grant an Order withdrawing Lauren Bustamante as counsel for Experian in this matter.

2

Dated: July 1, 2026

Respectfully submitted,

/s/ Lauren Bustamante

JONES DAY
Lauren Bustamante
717 Texas Ave, Suite 3300
Houston, TX 77002
Telephone:    832-239-3814
Email: lbustamante@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

*/s/ Lauren Bustamante*
Lauren Bustamante

*Attorney for Defendant*
*Experian Information Solutions, Inc.*
