United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Renae Heugatter, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 4:25-cv-05683 |
| Bank of American N.A., et al., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**ORDER GRANTING MOTION TO WITHDRAW**

The Court, having reviewed Lauren Bustamante's Motion to Withdraw as Counsel, and having been fully advised of the same, hereby **GRANTS** the Motion.

Lauren Bustamante is hereby withdrawn from the above-captioned matter.  The Clerk of Court is directed to remove Lauren Bustamante as counsel of record.  John Paul Loscheider of Goodwin Procter LLP shall remain counsel of record for Defendant Experian Information Solutions, Inc.

**ORDERED** this 2nd day of July 2026.

_____
JUDGE GEORGE C. HANKS. JR.
UNITED STATES DISTRICT JUDGE

.