**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RENAE HEUGATTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| BANK OF AMERICA, N.A., TTCU | § | Civil Action No. 4:25-CV-05683 |
| FEDERAL CREDIT UNION, EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| EXPERIAN INFORMATION SOLUTIONS | § | |
| INC, and TRANS UNION, LLC, | § | |
| | § | |
| Defendants. | | |

**TRANS UNION LLC'S MOTION FOR IMMEDIATE CONSIDERATION OF CRA**
**DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Defendant Trans Union LLC ("Trans Union"), pursuant to Local Rule

7.5(A), and hereby respectfully moves this Honorable Court for Immediate Consideration of

Trans Union's Motion for Judgment on the Pleadings and states as follows:

1. On April 17, 2026, the CRA Defendants filed their Joint Motion for Judgment on

the Pleadings (hereinafter the "Motion") (Dkt. No. 46).

2. On May 1, 2026, Plaintiff Renae Heugatter filed her Notice to Amend Complaint

in response to the Motion (Dkt. No. 47).

3. On May 29, 2026, the CRA Defendants filed a Notice of Unopposed Motion

regarding the Joint Motion for Judgment of Pleadings, filed on April 17. (Dkt. No. 53).

4. On June 5, 2026, Plaintiff filed an Amended Motion for Leave to File an

Amended Complaint, Dkt. No. 56. The Court subsequently struck the motion for failure to

comply with the applicable Local Rules on June 9, 2026. Dkt. No. 57.

1

5.    The motions have thus been fully briefed and pending.

6.    Per the Parties Joint Preliminary Report and Discovery Plan, and this Court's Scheduling Order, the deadline to file motions for summary judgment is July 17, 2026, seven days after the close of discovery. (Dkt. Nos. 28). That deadline is rapidly approaching.

Therefore, Trans Union respectfully requests that the Court take Immediate Consideration of the CRA Defendants' Joint Motion for Judgment on the Pleadings. Trans Union believes a ruling on the Motion would help facilitate resolution prior to Trans Union preparing its motion for summary judgment as the Motion for Judgment on the Pleadings addresses certain issues that would ultimately be raised again.

Respectfully submitted,

*/s/ Sean Moloney*

Sean Moloney
Attorney-in-Charge
Texas Bar No. 24122831
Southern Texas Bar No. 3915703
smoloney@qslwm.com
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5442
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 7th, 2026, counsel for Trans Union LLC conferred with Plaintiff Renae Heugatter through counsel, and Plaintiff is unopposed to the relief sought in this motion.

*/s/ Sean Moloney*
**SEAN MOLONEY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Felix Terrence Readus
Felix T. Readus
6335 Gulfton St., Ste No. 217
Houston, TX 77081
Email: Principal@readuslaw.com
*Counsel for Plaintiff*

John Paul Loscheider
Goodwin Procter LLP
1900 N Street NW
Washington, DC 20036
Email: jloscheider@goodwinlaw.com
*Counsel for Defendant Experian Information Solutions Inc.*

Kyle Barrett Brantley
Email: kbrantley@mcguirewoods.com
McGuireWoods LLP
2601 Olive St., Suite 2100
Dallas, TX 75201

**Matthew David Durham**
Hinshaw & Culbertson, LLP
500 N. Akard St., Suite 2200
Dallas, TX 75201
Email: mdurham@hinshawlaw.com
*Counsel for Defendant Bank of America, N.A.*

*/s/ Sean Moloney*

**SEAN MOLONEY**

4