**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RENAE HEUGATTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| BANK OF AMERICA, N.A., TTCU | § | Civil Action No. 4:25-CV-05683 |
| FEDERAL CREDIT UNION, EQUIFAX | § | |
| INFORMATION SERVICES LLC, | § | |
| EXPERIAN INFORMATION SOLUTIONS | § | |
| INC, and TRANS UNION, LLC, | § | |
| | § | |
| Defendants. | | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Amanda Loughmiller of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. hereby enters her appearance on behalf of Defendant Trans Union LLC in connection with this lawsuit. The undersigned certifies that she is admitted to practice in this Court.

1

Respectfully submitted,

*/s/ Amanda Loughmiller*

Amanda Loughmiller
Attorney-in-Charge
Texas Bar No. 24028042
Southern Texas Bar No. 1476709
aloughmiller@qslwm.com
QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214)-560-5455
Fax: (214) 871-2111
**Counsel for Trans Union LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Felix Terrence Readus
Felix T. Readus
6335 Gulfton St., Ste No. 217
Houston, TX 77081
Principal@readuslaw.com
*Counsel for Plaintiff*

John Paul Loscheider
jloscheider@goodwinlaw.com
Goodwin Procter LLP
1900 N Street NW
Washington, DC 20036
*Counsel for Defendant Experian Information Solutions Inc*

Kyle Barrett Brantley
kbrantley@mcguirewoods.com
McGuireWoods LLP
2601 Olive St., Suite 2100
Dallas, TX 75201

Matthew David Durham
mdurham@hinshawlaw.com
Hinshaw & Culbertson, LLP
500 N. Akard St., Suite 2200
Dallas, TX 75201
*Counsel for Defendant Bank of America, N.A.*

*/s/ Amanda Loughmiller*

**AMANDA LOUGHMILLER**

3